# Exhibit A



# Service of Process Transmittal

03/05/2021
CT Log Number 539157601

| | |
|---|---|
| **TO:** | Susan Pecoraro<br>Electric Boat Corporation<br>75 Eastern Point Rd<br>Groton, CT 06340-4989 |
| **RE:** | **Process Served in Rhode Island** |
| **FOR:** | Electric Boat Corporation  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | GERARD LANGLAIS, Pltf. vs. ELECTRIC BOAT CORPORATION, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Proof, Complaint, Attachment(s) |
| **COURT/AGENCY:** | KENT SUPERIOR COURT, RI<br>Case # KC20210050 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination - 01/24/2019 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/05/2021 at 14:21 |
| **JURISDICTION SERVED:** | Rhode Island |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Sonja L Deyoe<br>Law Office of Sonja L Deyoe<br>395 Smith Street<br>Providence, RI 02908<br>401-864-5877 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/05/2021, Expected Purge Date: 03/10/2021<br><br>Image SOP<br><br>Email Notification,  Susan Pecoraro  specorar@gdeb.com<br><br>Email Notification,  Kelly Lewis  klewis2@gdeb.com<br><br>Email Notification,  Dixie Baalman  dbaalman@gdeb.com<br><br>Email Notification,  Matthew S. Luxton  mluxton@gdeb.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>450 Veterans Memorial Highway<br>Suite 7A<br>East Providence, RI 02914<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |



**Service of Process Transmittal**
03/05/2021
CT Log Number 539157601

| | |
|---|---|
| **TO:** | Susan Pecoraro<br>Electric Boat Corporation<br>75 Eastern Point Rd<br>Groton, CT 06340-4989 |
| **RE:** | **Process Served in Rhode Island** |
| **FOR:** | Electric Boat Corporation  (Domestic State: DE) |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# STATE OF RHODE ISLAND
## SUPERIOR COURT
### SUMMONS

|  | Civil Action File Number |
|---|---|
|  | KC-2021-0050 |
| **Plaintiff** | **Attorney for the Plaintiff or the Plaintiff** |
| Gerard Langlais | Sonja L. Deyoe |
| v. | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Electric Boat Corporation | LAW OFFICES OF SONJA L DEYOE |
| **Defendant** | 395 SMITH STREET |
|  | PROVIDENCE RI 02908 |
| Noel Judicial Complex | **Address of the Defendant** |
| Kent County | 75 Eastern Point Road |
| 222 Quaker Lane | Groton CT 06349 |
| Warwick RI 02886 | |
| (401) 822-6900 | |

**TO THE DEFENDANT, Electric Boat Corporation:** c/o CT Corp. System

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/19/2021. | /s/ Nancy Striuli |
|---|---|
|  | Clerk |

Witness the seal/watermark of the Superior Court

3/5/2021
A True Copy Attest
3/5/2021
[signature]
Constable #6026

SC-CMS-1 (revised July 2020)



# STATE OF RHODE ISLAND
## SUPERIOR COURT

| Plaintiff | Civil Action File Number |
|---|---|
| Gerard Langlais | KC-2021-0050 |
| v. | |
| Electric Boat Corporation | |
| **Defendant** | |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Electric Boat Corporation, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode _____
   Age _____
   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ With a guardian or conservator of the Defendant
   Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2020)

# STATE OF RHODE ISLAND

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation ____________________________________

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation ____________________________________

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent ____________________________________
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

______________________________________________________

☐ I was unable to make service after the following reasonable attempts: ____________________

______________________________________________________

SERVICE DATE: ____ / ____ / ____ SERVICE FEE $ ________
Month Day Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature

State of ________________
County of ________________

On this ________ day of ________________, 20____, before me, the undersigned notary public, personally appeared ____________________________________ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was ____________________________________________________, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: ____________________________
My commission expires: ________________________
Notary identification number: ____________________

Case Number: KC-2021-0050
Filed in Kent County Superior Court
Submitted: 1/18/2021 11:53 AM
Envelope: 2919544
Reviewer: Takesha L.

Case 1:21-cv-00139-WES-PAS   Document 1-1   Filed 03/24/21   Page 7 of 17 PageID #: 11

STATE OF RHODE ISLAND                  SUPERIOR COURT
KENT, SC.,

GERARD LANGLAIS

v.

ELECTRIC BOAT CORPORATION

## COMPLAINT.

1. Gerard Langlais is a resident of the City of Warwick, County of Kent, State of Rhode Island at all times relevant hereto

2. The Defendant, Electric Boat Corporation, is a foreign corporation with its primary place of business in the State of Connecticut.

3. Plaintiff was employed by the Defendant from June 21, 2004 until January 24, 2019 as a pipe fitter/cleaner.

4. On January 24, 2019, the Plaintiff, approximately six months short of his full retirement, was forced to retire from the Defendant due to false allegations of improper conduct which are directly related to a disability, namely loss of hearing, that was known to Defendant.

5. During the course of his employment with the Defendant, Plaintiff had hearing aids due to severe hearing loss.

6. The Plaintiff's loss of hearing constitutes a disability in that without hearing aids Plaintiff cannot hear fully both words he states and those that are stated to him and has an 87% loss of hearing.

7. For a long period, including the October/November 2018 time period, Plaintiff's hearing aids were not correctly adjusted and he could not hear himself correctly in the work environment because the hearing aids were calibrated such that noise in the work

Case Number: KC-2021-0050
Filed in Kent County Superior Court
Submitted: 1/18/2021 11:53 AM
Envelope: 2919544
Reviewer: Takesha L.

environment would interfere with his ability to hear conversations, and if his hearing aids volume was increased some aspects of hearing would Become painful.

8. Plaintiff's hearing loss is known to Defendant Electric Boat and they are responsible for it as his employer.

9. Defendant Electric Boat is aware of the difficulties the Plaintiff experiences with his hearing aids, and that they caused him issues within the work environment making it very difficult for him to hear properly, and with some work-related noises causing him to suffer significant discomfort in the environment.

10. Plaintiff also suffered a work related injury to his right hand in 2019 which resulted in him needing medical care and treatment for his hand was substantial and prevented the Plaintiff from being able to lift, bend, manipulate objects and do many normal activities of daily living with his right hand and it was regarded by the Defendant as a disability.

11. The injury to the Plaintiff's right hand prevented him from Pipefitting or pipe cleaning with his right hand while at work.

12. The Defendant denied the Plaintiff the ability to work during its Christmas week shut down due to the fact Plaintiff would need, on two days during that week, to attend a one-hour physical therapy session for the injury to his right hand.

13. On the Saturday of Martin Luther King Weekend, Plaintiff came in to work overtime, but was also not allowed to work a full shift because unknown to him he was "not on the list", so he was sent home after one hour by two.

14. Plaintiff believes that he was not on the "list" due to the injury to his hand based on the prior actions of his supervisor and denying him the ability to work during the shutdown week, as working this day would have been in addition to his normal shift and provided him with overtime benefits.

2

Case Number: KC-2021-0050
Filed in Kent County Superior Court
Submitted: 1/18/2021 11:53 AM
Envelope: 2919544
Reviewer: Takesha L.

Case 1:21-cv-00139-WES-PAS   Document 1-1   Filed 03/24/21   Page 9 of 17 PageID #: 13

15. On that Saturday of Martin Luther King Weekend, January 19, 2019, Plaintiff was told that someone heard him say that Howard Burke, his boss and supervisor, was a Monkey.

16. That is not what Plaintiff said and not what he heard himself say.

17. On that Monday, January 21, 2019, Plaintiff was called into a meeting and told that there was a 99% chance he would be fired and that he should quit because of the alleged monkey comment.

18. Plaintiff was also chastised for having been hurt too many times on the job, to include his then hand injury which required him to take time out of work and told he should quit.

19. Plaintiff also has a history of other injuries, to include an injury to his hip that required him to miss a number of months of work in 2016 and has otherwise had time out of work due to workplace injuries.

20. Plaintiff resigned his position to preserve what he was eligible for in his pension.

21. Said actions on behalf of the Defendant constitute disability-based discrimination against the Plaintiff both based on his actual disability, namely his hearing loss, and their perception of his disability, due to the injury to his hand and prior injuries suffered by the Plaintiff, to include his hip.

22. As a proximate result of the above actions, the Plaintiff has suffered injury to include mental and emotional distress, loss of pension benefits and wages, attorney's fees and cost.

23. This complaint is filed within ninety days of the issuance of the Right to Sue Letter by the RI Commission for Human Rights on October 21, 2020.

24. Plaintiff seeks more than $5000 in damages and accordingly

COUNT I-III.

Case Number: KC-2021-0050
Filed in Kent County Superior Court
Submitted: 1/18/2021 11:53 AM
Envelope: 2919544
Reviewer: Takesha L.

Case 1:21-cv-00139-WES-PAS   Document 1-1   Filed 03/24/21   Page 10 of 17 PageID #: 14

Violation of R.I.G.L 28-5-1 et seq. (Count I)
Violation of R.I.G.L. 42-112-1 (Count II).
Violation of the Americans with Disabilities Act (Count III).

Disability Discrimination

25. The allegations in preceding paragraphs are hereby realleged and incorporated by reference herein.

26. The actions of the Defendant subjected the Plaintiff to discriminatory terms and conditions of employment when, despite actual knowledge of Plaintiff's disability – namely his hearing loss caused by Defendant's operations itself, Defendant unreasonably took action against the Plaintiff forcing him to resign for the alleged use of the word "monkey" in the workplace, when Defendant had knowledge of Plaintiff's hearing loss and disability and difficulties with use of hearing aids in the work environment.

27. The actions of the Defendant constitute constructive discharge of the Plaintiff due to his disability under R.IG.L.§ 28-5-1 et seq, R.I.G.L. § 42-112-1 and the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.

WHEREFORE, The Plaintiff seeks a judgment against the Defendant as follows:

a. Compensatory damages to include lost wages, lost pension benefits, health insurance and other benefits

b. Punitive damages

c. Attorney's fees and cost.

COUNT IV-VI.
Violation of R.I.G.L 28-5-1 et seq. (Count IV)
Violation of R.I.G.L. 42-112-1 (Count V).
Violation of the Americans with Disability's Act (Count VI).

Discrimination due to perceived disability

28. The allegations in preceding paragraphs are hereby realleged and incorporated by reference herein.

Case Number: KC-2022-0050
Filed in Kent County Superior Court
Submitted: 1/18/2021 11:53 AM
Envelope: 2919544
Reviewer: Takesha L.

Case 1:21-cv-00139-WES-PAS   Document 1-1   Filed 03/24/21   Page 11 of 17 PageID #: 15

29. The actions of the Defendant, in encouraging the Plaintiff to quit his position were due to Defendant's perception that he suffered a disability, arising out of their perception that:

   a. Plaintiff he had had too many injuries in the work environment, to include the then present work related injury to his hand which prevent him from being able to pipe fit or pipe clean with his right hand,

   b. Plaintiff had a prior hip injury and other work related injuries that caused him to miss significant time out of work, and

   c. That these injuries and others prevented Plaintiff from performing the duties associates with his job and activities of daily living.

30. This perception of the Defendant and its suggestion that Plaintiff quit his position due to these injuries constitute discrimination against the Plaintiff due to a perceived disability by the Defendant.

31. The actions of the Defendant constitute constructive discharge as, but for them, Plaintiff would have continued in his position until he reached full retirement act, six months thereafter.

WHEREFORE, The Plaintiff seeks a judgment against the Defendant as follows:

   a. Compensatory damages to include lost wages and other benefits

   b. Punitive damages

   c. Attorney's fees and cost.

Case Number: KC-2024-0050
Filed in Kent County Superior Court
Submitted: 1/18/2021 11:53 AM
Envelope: 2919544
Reviewer: Takesha L.

Case 1:21-cv-00139-WES-PAS   Document 1-1   Filed 03/24/21   Page 12 of 17 PageID #: 16

Plaintiff, by his attorney


/s/ Sonja L. Deyoe
Sonja L. Deyoe, Esq. #6301
Law Office of Sonja L Deyoe
395 Smith Street
Providence, RI 02908
401-864-5877
401-354-7464 - Fax

Case Number: KC-2021-0050
Filed in Kent County Superior Court
Submitted: 1/18/2021 11:53 AM
Envelope: 2919544
Reviewer: Takesha L.

Case 1:21-cv-00139-WES-PAS   Document 1-1   Filed 03/24/21   Page 13 of 17 PageID #: 17

STATE OF RHODE ISLAND                                          SUPERIOR COURT
KENT, SC.,

GERARD LANGLAIS

v.

ELECTRIC BOAT CORPORATION

## JURY DEMAND

Plaintiff hereby demands jury trial on all counts so triable.

Plaintiff, by his attorney

/s/ Sonja L. Deyoe
Sonja L. Deyoe, Esq. #6301
Law Office of Sonja L Deyoe
395 Smith Street
Providence, RI 02908
401-864-5877
401-354-7464 - Fax

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# NOTICE



## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

**To schedule an interpreter for your day in court, you have the following options:**

1. Call the Office of Court Interpreters at (401) 222-8710, or

2. Send an email message to **interpreterfeedback@courts.ri.gov**, or

3. Visit the interpreters' office to schedule an interpreter:

>    **The Office of Court Interpreters**
>    **Licht Judicial Complex**
>    **Fourth Floor, Room 401**
>    **250 Benefit Street**
>    **Providence, RI 02903**

When requesting an interpreter, please provide the following information:

- The name and number of your case
- The language you are requesting
- The date and time of your hearing
- The location of your hearing
- Your name and a telephone number where we can reach you or your lawyer

---

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the internet:
http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Camboyano**: SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

**Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:**

1. **Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou**

2. **Enviar uma mensagem de correio eletrónico para interpreterfeedback@courts.ri.gov, ou**

3. **Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:**

    **Gabinete de Intérpretes Judiciais**
    **Complexo Judicial Licht**
    **Quarto Piso, Sala 401**
    **250 Benefit Street**
    **Providence, RI 02903**

    **Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:**

    - **O nome e número do seu processo**
    - **O idioma que solicita**
    - **A data e hora da sua audiência**
    - **O local da sua audiência**
    - **O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado**

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet: http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

Gabinete de Intérpretes Judiciais
Complexo Judicial Licht
Quarto Piso, Sala 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# AVISO

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.



La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.

Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

**Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:**

1. Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;

2. Mandar un correo electrónico a <u>interpreterfeedback@courts.ri.gov</u>; o

3. Presentarse a la Oficina de Intérpretes para solicitar un intérprete:

    **The Office of Court Interpreters**
    **Licht Judicial Complex**
    **Cuarto Piso, Oficina 401 A-B**
    **250 Benefit Street**
    **Providence, RI 02903**

    **Al solicitar un intérprete, por favor provea la siguiente información:**

- **El nombre y el número de su caso**

- **El idioma que solicita**

- **La fecha y hora de su audiencia**

- **Dónde va a tomar lugar su audiencia**

- **Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.**

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi.

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

មើលសេចក្ដីជូនដំណឹងនេះជាភាសាខ្មែរ អេស្ប៉ាញ និងព័រទុយហ្គាល់នៅលើទំព័រដែលបានភ្ជាប់។

សេចក្ដីជូនដំណឹង

លោកអ្នកមានបណ្ដឹងនៅក្នុងប្រព័ន្ធតុលាការនៃរដ្ឋ **Rhode Island**។

លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។



ដីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះដឹងផ្នែកភាសាអង់គ្លេសមានកំណត់ (LEP) បង្ហាញខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island នឹងផ្ដល់អ្នកបកប្រែដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ចុងចោទ ដើមចោទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬអ្នកណាម្នាក់ដែលពាក់ព័ន្ធយ៉ាងសំខាន់នៅក្នុងដំណើរការតុលាការ។ សេវាកម្មបកប្រែនេះ ត្រូវបានផ្ដល់ជូនដោយឥតគិតថ្លៃសម្រាប់គូភាគី និងនៅគ្រប់ប្រភេទនៃបណ្ដឹង ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែក្នុងតុលាការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីគ្រោងពេលវេលាអ្នកបកប្រែសម្រាប់ថ្ងៃចូលសវនាការរបស់លោកអ្នក លោកអ្នកមានជម្រើសដូចខាងក្រោម ៖

1. ទូរស័ព្ទមកកាន់ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈ៖លេខ (401) 222-8710 ឬ
2. ផ្ញើអ៊ីម៉ែលទៅកាន់ **interpreterfeedback@courts.ri.gov** ឬ
3. ទៅកាន់ការិយាល័យអ្នកបកប្រែដើម្បីគ្រោងពេលវេលាអ្នកបកប្រែ ៖

   The Office of Court Interpreters
   Licht Judicial Complex
   Fourth Floor, Room 401
   250 Benefit Street
   Providence, RI 02903

នៅពេលស្នើសុំអ្នកបកប្រែ សូមផ្ដល់ព័ត៌មានដូចខាងក្រោម ៖
- ឈ្មោះ និងលេខបណ្ដឹងរបស់លោកអ្នក
- ភាសាដែលលោកអ្នកស្នើសុំ
- កាលបរិច្ឆេទ និងម៉ោងសវនាការរបស់លោកអ្នក
- ទីតាំងនៃសវនាការរបស់លោកអ្នក
- ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

សម្រាប់ព័ត៌មានបន្ថែមជាភាសាព័រទុយហ្គាល់ រុស្ស៊ី និងអេស្ប៉ាញ រួមទាំងបញ្ជីទម្រង់បែបបទតុលាការដែលមានជាភាសាអេស្ប៉ាញនោះ សូមចូល ទៅកាន់គេហទំព័រយើងខ្ញុំនៅលើអ៊ិនធឺណិត ៖
http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi។

ដើម្បីស្នើសុំការបកប្រែសេចក្ដីជូនដំណឹងនេះជាភាសាណាមួយផ្សេងទៀត សូមទូរស័ព្ទមកកាន់ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈ៖ លេខ (401) 222-8710។ រាជាការចាំបាច់ដែលត្រូវមានអ្នកនិយាយភាសាអង់គ្លេសជាមួយលោកអ្នកនៅពេលដែលលោកអ្នកទូរស័ព្ទចូល។

តុលាការ Rhode Island ប្ដេជ្ញាផ្ដល់ឱ្យតុលាការអាចប្រើប្រាស់បានសម្រាប់មនុស្សគ្រប់គ្នា។

ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការ
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903