UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **GERARD LANGLAIS,**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**ELECTRIC BOAT CORPORATION,**<br><br>      **Defendant.** | Case No. 1:21-cv-00139-WES-PAS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action, Gerard Langlais and Electric Boat Corporation, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that said action be dismissed as to all claims, with prejudice, without interest or costs, and waiving all rights of appeal.

| | |
|---|---|
| Respectfully submitted,<br>GERARD LANGLAIS, | Respectfully submitted,<br>ELECTRIC BOAT CORPORATION, |
| By His Attorney, | By Their Attorneys, |
| /s/ *Sonja L. Deyoe*<br>Sonja L. Deyoe, Esq.<br>Law Office of Sonja Deyoe, P.C.<br>395 Smith Street<br>Providence, RI 02908<br>(401) 864-5877<br>sld@the-straight-shooter.com | /s/ *Aaron A. Spacone*<br>Jeffrey S. Siegel, Esq. (*pro hac vice*)<br>Aaron A. Spacone, Esq. (9211)<br>MORGAN, BROWN & JOY, LLP<br>200 State Street<br>Boston, MA 02109<br>(617) 523-6666<br>jsiegel@morganbrown.com<br>aspacone@morganbrown.com |

Date: May 27, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

Date: May 27, 2021                    /s/ *Aaron A. Spacone*
                                      Aaron A. Spacone